THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLARD LEON SWINGLE, Appellant.—STALEY, JR., J.

1064

Herlihy, J. P.,
Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by
Staley, Jr., J.